# United States District Court

### DISTRICT OF [MASSACHUSETTS]

Plaintiff Raymond Whitney

V.

Defendant Paul Brigan & Pauline Cormier

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, Raymond Whitney _____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☑ Yes   ☐ No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration Worcester House of Corrections

   Are you employed at the institution? No   Do you receive any payment from the institution? No

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions. No

2. Are you currently employed?   ☑ Yes   ☐ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. NOVA COI Inc Leominster Mass Every 2 weeks, get paid — Gill 1,975 it would be 3,975 2,000 comes for retirement Every 2 weeks the last 10 years

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends   ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
   d. Disability or workers compensation payments   ☐ Yes   ☑ No
   e. Gifts or inheritances   ☐ Yes   ☑ No
   f. Any other sources   ☐ Yes   ☑ No

If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

AO 240 (1/94)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☑ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

6/3/04                 Ray Whitney
DATE                  SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __0__ on account to his/her credit at (name of institution) __Worcester House of Corrections__. I further certify that the applicant has the following securities to his/her credit: __0__

_____. I further certify that during the past six months the applicant's average balance was $ __0__.

6/3/04                 Ray Whitney
DATE                  SIGNATURE OF AUTHORIZED OFFICER

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | |
|---|---|---|---|---|---|

IN THE CASE OF: Ray Whitney vs. Paul Carrigan & Pauline Cormier

FOR: Civil & Criminal Violations
AT: Fitchburg Dist Court

FILED
IN CLERKS OFFICE
2004 JUN -7 P 1:04
DISTRICT COURT
DISTRICT OF MASS

LOCATION NUMBER: Not sure

PERSON REPRESENTED (Show your full name): Me Ray Whit... I have no lawyer

1. ☑ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☑ Probation Violator
5. ☐ Parole Violator
6. ☑ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: Not sure
District Court: Fitchburg
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony   ☑ Misdemeanor
A&B on 76 Summer St. Fitchburg mass
B&E Trespassing / daytime

**EMPLOYMENT**
Are you now employed? ☑ Yes   ☐ No   ☐ Am Self-Employed
Name and address of employer: No???? Inc Fuller St. RT 117 Leominster
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ Not sure
If married is your Spouse employed? ☐ Yes  ☑ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS — OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☑ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $ 3,000 every 2 weeks
SOURCES: my last check 3,000 every 2 weeks and then retirement 2,000 dollars and bills 750.00 settlement

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☑ No   IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT — VALUE: none   DESCRIPTION:

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: none

**OBLIGATIONS & DEBTS — DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: 51 May Ave Leominster Mass
Creditors: _____  Total Debt: $ _____  Monthly Paymt: $750.00

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Raymond Whitney