AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District | Worcester County | -NMG |
|---|---|---|---|
| Name: Ray Whitney | Prisoner No. | Case No. | |

Place of Confinement

Worcester HOUSE of correction

**04-40094**

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Raymond Whitney | V. |

The Attorney General of the State of: Thomas Riley

### PETITION

1. Name and location of court which entered the judgment of conviction under attack Fitchburg Dist Court 100 Elm st

2. Date of judgment of conviction 3-29-04

3. Length of sentence 92 day so post to be time served. MY Lawyer said to me in court 3-29-04 paul Carrigan

4. Nature of offense involved (all counts) B&E and trespassing but the 2 wintness lie on the stand. In the Fitchburg court House The wintness said i was sleeping in the mini van She the wintness said she seen me from a very small window there was No good vein what so ever that never happen to me i was not there i was at the movies that night 7-11-02 with my girlfriend

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

   Nothing on that

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☑
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐   No ☑ Becuse my lawyer would not ask me no question

8. Did you appeal from the judgment of conviction?
   Yes ☑   No ☐

(2)

9. If you did appeal, answer the following:

(a) Name of court *Fitchburg Dist. Courts*

(b) Result *I have a Lawyer From Boston Daniel Smahin*

(c) Date of result and citation, if known *Result not know yet*

(d) Grounds raised *appeal B&E day time and Trespassing*

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court *Not yet*

(2) Result *NONE*

(3) Date of result and citation, if known *do not know*

(4) Grounds raised

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court *NO Court Yet*

(2) Result *NONE Yet*

(3) Date of result and citation, if known *NONE*

(4) Grounds raised

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☐     No ☑

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court ~~no i have not~~ *No Court Yet )*

(2) Nature of proceeding *B&E and TrestPassing*

(3) Grounds raised *NONE*

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐     No ☑

(5) Result _____ *NONE* _____

(6) Date of result _____ *Not Yet* _____

(b) As to any second petition, application or motion give the same information:

    (1) Name of court _____ *NONE* _____

    (2) Nature of proceeding _____ *nONE* _____

_____

    (3) Grounds raised _____ *NONE* _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐     No ☑

(5) Result _____ *NO* _____

(6) Date of result _____ *NO Date yet* _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc.     Yes ☐     No ☑
    (2) Second petition, etc.     Yes ☐     No ☑

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

    *Becuer I am in Jail Worcester House of Correction in West Boylston Mass*

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

    Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession. *No*

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure. *No*

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest. *Yes*

(e) Conviction obtained by a violation of the privilege against self-incrimination. *Yes*

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant. *Yes*

(g) Conviction obtained by a violation of the protection against double jeopardy. *for sure i am done eve...*

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled. *92 da...*

(i) Denial of effective assistance of counsel. *No*        *Yes*

(h) Denial of right of appeal. *No*

A.   Ground one: *I am being held UNlawfully because i should have time served my lawyer Paul Corrigan said that*

Supporting FACTS (state *briefly* without citing cases or law) *me in Fitchburg Dist Court. If something does not happend soon the lawyers at the house of correction will find a reason to make me stay in H Block for the rest of the sentence payed only For the 92 days so if the Worcester united states District Court Court place to bring me to court as fast as you can i would like to please, i wand*

B.   Ground two: *not wand to be in this jail all summer i have a very good job on the outside i am a fin. At Norcross Leominster mass effect 1/7/04*

Supporting FACTS (state *briefly* without citing cases or law) *My Lawyer Back staBed me in the Back At Fitchburg Dict Court At the End of the trial the Dist Atty said to my lawyer Paul Corrigan thank for working for the Fitchburg Dist Courts, & they shook Hands i was right there i was very mad at ... the lawyer ... made my self look good all day i only to ... Look in Back*

C.    Ground three: _____

_____

Supporting FACTS (state *briefly* without citing cases or law) _ready_ _for_ _this_ _trial_
_iN_ _Litchburg,_ _he_ _did_ _Not_ _Come_ _iN_ _to_ _see_ _me_ _at_ _the_
_Worcester_ _house_ _of_ _Corrections_ _i_ _Call_ _him_ _back_ _iN_
_mid_ _Jan,_ _i_ _asked_ _him_ _to_ _see_ _me_ _he_ _said_ _i_ _don't_ _have_
_time_ _to_ _see_ _you_ _and_ _it_ _is_ _to_ _far_ _to_ _see_ _you_ _any_
_Ways._ _the_ _S._ _Worker_ ~~_Shaw_~~ _Sean_ _Never_ _let_ _me_ _use_ _the_ _phone_
_Agine_ _that_ _is_ _wrong_ _because_ _my_ _lawyer_ _Would_ _not_ _take_

D.    Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law) _Collect_ _Calls_ _Why_ _he_ _would_
_not_ _tell_ _me_ _Why,_ _I_ _Could_ _not_ _get_ _any_ _Proof_ _of_ _Were_
_i_ _live_ _the_ _police_ _put_ _the_ _Worng_ _address_ _so_ _i_ _Could_
_go_ _to_ _jail_ _that_ _day,_ _1-12-04_ _and_ _my_ _other_ _lawyer_
_Pauline_ _Coumier_ _Would_ _not_ _show_ _Judge_ _Sullivan_ _my_
_proof_ _that_ _i_ _did_ _not_ _do_ _the_ _Crime_ _When_ _i_ _was_ _going_to_
_Court_ _oN_ _1-6-04_ _i_ _was_ _not_ _at_ _the_ _seen_ _What_ _So_ _ever_

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state
*briefly* what grounds were not so presented, and give your reasons for not presenting them: _the_ _police_ _did_
_not_ _arrest_ _me_ _that_ _day_ _oN_ _1-6-04_ _So_ _Why_ _was_ _i_ _arrest_ _4_
_Nights_ _later_ _then,_ _The_ _police_ _had_ _no_ _reason_ _to_ _put_ _a_ _warrant_
_oN_ _so_ _they_ _Could_ _arrest_ _me_ _every_ _thing_ _about_ _this_ _Was_ _Wrong,_

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☒    No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked
herein:
    (a)    At preliminary hearing _Paul_ _Carrroon_ _101_ _Tremont_ _ST_ _Boston_ _mass,02_
_Pauline_ _Cormier_ _Asenwater_ _mass_ _P.O._ _Box_ _1156_ _01453'04_
    (b)    At arraignment and plea _Pauline_ _Cormier_ _form/Persecution_ _heerin_
_she_ _she_ _Would_ _Not_ _Show_ _MY_ _Proof_ _to_ _the_ _Judge_ _—_
_110_ _Elm_ _St._ _Sullivan_ _at_ _Fremont_ _court_

(c) At trial _Fitchburg Dist Court_

_Jury 6 member_

(d) At sentencing _Fitchburg Dist Court_

_92 days should be time served_

(e) On appeal _Not Yet_

(f) In any post–conviction proceeding _NONE yet_

(g) On appeal from any adverse ruling in a post–conviction proceeding _Jest a lawyer_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
    Yes ☐    No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☑    No ☐
    (a) If so, give name and location of court which imposed sentence to be served in the future: _Not yet._
    _as of,_

    (b) Give date and length of the above sentence: _92 days   3/29/04_

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☑    No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_5/10/2004_
(date)

_Raymond P. Whitney_
Signature of Petitioner

*see how this is lines was ?? Can't read it good!*
*the other Report of the same is very good, The police lied on-*
*This Report.*

FITCHBURG POLICE DEPARTMENT                    CONTINUATION PAGE

Call# 006    Call Date    Source           Assigned   Arrived   Finish   Unit
04-000431    01/06/04    0440  -625         03:18      08:24     08:44    1206

NARRATIVE

*Wrong*

    The undersigned officer respon..d to 76 Summer St for a report of
an employee who was just assaulted. According to dispatch the suspect
was a white male wearing a red jacket, hood, ball-cap and blue jeans) *Lied*
The suspect left the scene walking towards lower Main St by the area of
Store-24. As this officer responded to the scene I happened to be
driving by Dunkin Donuts on Main St when I observed Ray Whitney enter
Dunkin Donuts wearing similar clothing. Unsure if Mr Whitney was the
suspect I was looking for this officer went to 76 Summer St first so
that I could speak to the victim.   *Wrong*

    Upon this officers arrival I spoke to Phil Larkin. Mr Larkin told
this officer that he was just attacked by a man after he confronted him
about his reason for being in the building. Mr Larkin works for Mr
Xarras, the owner of the building. Mr Larkin informed this officer that
he was approached by other tenants in the building, stating that a
homeless man matching the suspects description kept entering the
building to use the bathroom. When the suspect was unable to enter the
bathroom and even when he did, he would urinate and defecate on the
floor.   *(The whol Report is wrong & Read this Clousre)*

    On this date Mr Larkin confronted the suspect as he entered the
building. Mr Larkin said he asked the suspect what he was doing in the
building. He said that the suspect told him he was there to see a
Doctor Stone. At that time Mr Larkin checked the list of tenants in the
building and learned that there was no Doctor Stone in the building.
When Mr Larkin told the suspect there was no Stone in the building the
suspect became argumentative. The suspect swore at Larkin and began to
threaten to punch him and beat him. Mr Larkin admits at that time he
told the suspect he was going to call the police. When he said this the
suspect pulled back and then swung at Mr Larkin attempting to punch him
...... Fortunately Mr Larkin was able to raise his arm and block
the full force of the punch. After this assault & battery the suspect
told the victim he will come into the building any time he wants to and
there is nothing he can do about it. The suspect then left the building
and walked down the street.
    *(This officer is A Lier) (It dose not match ......)*
    This officer brought the victim down to lower Main St in an
attempt to locate Mr Whitney or any other suspect that matched this
description. Unable to find the suspect Mr Larkin was brought back to
76 Summer St. A short while later this officer returned to Summer St
and showed the victim a photo line-up with Raymond Whitney in it. Mr
Whitney is located on the bottom left corner of the line-up. Without
any direction or suggestions Mr Larkin pointed to Mr Whitney and said
that he was the one who hit him. Mr Larkin is worried about his well

Reported by: BOURNE,KEITH C-[83]                    As of: 01/06/04 08:17

Signature: _____                    Date: _____

PAGE 2

```
FITCHBURG POLICE DEPARTMENT              CONTINUATION PAGE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Call# 006   Call Date  Source        Assigned   Arrived   Finish   Unit
04-000431   01/06/04    0440  -626    08:18      08:24     08:44    1206
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```
being and that of the other tenants in the building. He said that the
suspect was quick to attack him and he is dangerous. Mr Larkin will    *Wrong to*
respond to court for a criminal complaint against the suspect.

   A complaint is being taken out against Raymond Whitney for assault    *Wrong to*
& battery. This officer has spoke to the A.D.A.'s office and it is       *Never said*
suggested that a warrant be applied for since the suspect is homeless    *any of that*
and he appears to be a threat.                                           *to Mr. Larkin*
                                                                         *don't know*
                                                                         *you* !!

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Reported by: BOURNE,KEITH C-[88]                As of: 01/06/04 08:17

Signature: _____              Date: _____
                            PAGE 3
```

FITCHBURG POLICE DEPARTMENT              INVESTIGATION REPORT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Call# 006   Call Date   Source        Assigned   Arrived   Finish   Unit
04-000431   01/06/04     0440  -626    08:18      08:24     08:44    1206
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
    CFS Incident code:   ASSAULT/HANDS/FIST/FEET    [0440]    COMPLETED

        Occurred between:    01/06/04 08:10 & 01/06/04 08:17 ] Wrong for time!

            Location:   76 SUMMER ST PROFESSIONAL BLDG (76 SUMMER ST,1)

          Patrol Area:   06                        Case Status: NOT ASSIGNED
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
    FOR CFS INCIDENT....ASSAULT/HANDS/FIST/FEET    [0440]
        Location Type:   COMM/OFFICE BLDG
    Suspected of using:  NOT APPLICABLE
    Weapon/Force used:   NONE
        Bias motivation: NONE
        Hate indicator:  NONE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                            Abandoned Structure?:   NO
                                                  Safe entered?:  NO

    Gambling involved:   NO
        Damage Amount:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
NAMES

 SUSPECT of: 0440
    WHITNEY,RAYMOND                    WRONG        SEX: MALE
    130 SUMMER ST                                   Race: WHITE
    LEOMINSTER,MA 01453                             DOB: 04/23/1964-39

 Res:   STATE
        SSN: 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
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 VICTIM of: 0440
    XARRAS,LEO                                      Sex: MALE
    1070 ASHBY WEST RD                              Race: WHITE
    FITCHBURG MA 01420         978-345-8055         DOB: 09/30/1944-59

 Res:   RESIDENT
 Occupation: PROFESSIONAL
    Address: LEO XARRAS
            76 SUMMER ST,1
            FITCHBURG MA 01420         978-345-8055


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Reported by: BOURNE,KEITH C-[88]                As of: 01/06/04 08:17

Signature: _____          Date: _____

Approved by: BOZICAS,PAUL C-[62]                     01/06/04
                              PAGE 1

| APPLICATION FOR COMPLAINT | | ☐ JUVENILE | 04-431 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|---|

☐ ARREST   ☐ HEARING   ☐ SUMMONS   ☒ WARRANT

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

COURT DIVISION

Fitchburg District Court
100 Elm Street
Fitchburg, MA 01420

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 1-6-04 | 1-6-04 | 76 SUMMER ST |

NAME OF COMPLAINANT

KEITH C. BOURNE

ADDRESS AND ZIP CODE OF COMPLAINANT

20 ELM ST

FITCHBURG, MA 01420

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

RAYMOND WHITNEY

130 SUMMER ST    (HOMELESS)

LEOMINSTER, MA 01420

| NO. | OFFENSE | G.L. Ch. and Sec. |
|---|---|---|
| 1. | ASSAULT & battery | 265ss13A |
| 2. | | |
| 3. | | |
| 4. | | |

| COURT USE ONLY ⟶ | A hearing upon this complaint application will be held at the above court address on | DATE OF HEARING | TIME OF HEARING AT | COURT USE ⟵ ONLY |
|---|---|---|---|---|

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OR PROPERTY Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | PHIL LARKIN | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

OTHER REMARKS:  *Read Closing it dost not makE SencE*

When confronted by Mr Larkin, an employee at 76 Summer St., about his reason for being on the property, the defendant became argumentative. When the defendant was told he was not wanted on the property and the police were going to be called, the defendant punched Mr Larkin in the face. The defendant then stated he would come onto the property anytime no matter what. Whitney then left the scene prior to the police arriving. The defendant is homeless and he would not be able to be reached by a summons.    SIGNATURE OF COMPLAINANT

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| 4-23-64 | | 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 | M | W | 6" | ~~220~~ | bro | bro |

| OCCUPATION | EMPLOYER/SCHOOL | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|
| none | na | | 185 or 190 LBS Never 220 LBS IN my Life. |

DC-CR2 (3/88)



# Trial Court of the Commonwealth
## Fitchburg District Court

*First Justice*
Paul F. LoConto

*Associate Justice*
Andrew L. Mandell

100 Elm Street
Fitchburg, Massachusetts 01420
Telephone  (978) 345 2111
FAX (978) 342 2461

*Clerk/Magistrate*
Ronald B. Ingemie

*First Assistant Clerk*
David W.  Bishop

*Assistant Clerks*
Ann Marie Blacquiere

*Chief Probation Officer*
Lucille Cormier


February 11, 2004

Raymond Whitney
Worcester House of Correction
5 Paul X Tivan Drive
West Boylston, MA 01583

Dear Raymond Whitney,

   Enclosed you will find a Cassette Copy Order Form to be completed.  A notice of appeal has been filed on 4 of your cases.  Docket Numbers are as follows: 0216CR2364, 0116CR2020, 0216CR1848, and 0116CR2019.  Please fill out promptly so the court can address these matters in a timely order.  Copies of your dockets are enclosed for your convenience.  Should you have any additional questions, please do not hesitate to contact the court.  The court address and phone number is listed above.


Sincerely,

Ronald Ingemie
Clerk/Magistrate

FITCHBURG POLICE DEPARTMENT                    INVESTIGATION REPORT
------------------------------------------------------------------------
Call# 006   Call Date   Source       Assigned   Arrived   Finish   Unit
04-000431   01/06/04    0440  -626   08:18      08:24     08:44    1206
------------------------------------------------------------------------
    CFS Incident code:   ASSAULT/HANDS/FIST/FEET  [0440]    COMPLETED
                         *I was IN Court that day 8:19 am*
    Occurred between:    01/06/04 08:10 & 01/06/04 08:17

           Location:   76 SUMMER ST PROFESSIONAL BLDG (76 SUMMER ST,1)

         Patrol Area:  06                    Case Status: NOT ASSIGNED
------------------------------------------------------------------------
    FOR CFS INCIDENT....ASSAULT/HANDS/FIST/FEET  [0440]
      Location Type:   COMM/OFFICE BLDG
 Suspected of using:   NOT APPLICABLE
  Weapon/Force used:   NONE
    Bias motivation:   NONE
     Hate indicator:   NONE
------------------------------------------------------------------------
                                        Abandoned Structure?:  NO
                                          Safe entered?:  NO
  Gambling involved:   NO
    Damage Amount:
------------------------------------------------------------------------
NAMES   *Police Lied*

 SUSPECT of: 0440
     WHITNEY,RAYMOND   *51 May AVE*
     130 SUMMER ST     *Leominster mass*      Sex: MALE
     LEOMINSTER,MA 01453  *for 11 years*      Race: WHITE
       *WRONG*                                DOB: 04/23/1964-39
 Res:   STATE
       SSN: 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
------------------------------------------------------------------------
 VICTIM of: 0440
     LARKIN,PHIL
     1070 ASHBY WEST RD                       Sex: MALE
     FITCHBURG MA 01420      978-345-8055     Race: WHITE
                                              DOB: 09/30/1944-59
 Res:   RESIDENT
 Occupation: PROFESSIONAL
    Address: LEO XARRAS
             76 SUMMER ST,1
             FITCHBURG MA 01420      978-345-8055


------------------------------------------------------------------------
 Reported by: BOURNE,KEITH C-[88]              As of: 01/06/04 08:17

 Signature: _____           Date: _____

 Approved by: BOZICAS,PAUL C-[62]
                          PAGE 1                01/06/04

to Court not walked — night time — 1-6-04 I was dressed for Court.

FITCHBURG POLICE DEPARTMENT CONTINUATION PAGE

| Call# 006 | Call Date | Source | Assigned | Arrived | Finish | Unit |
|---|---|---|---|---|---|---|
| 04-000431 | 01/06/04 | 0440 -626 | 08:18 | 08:24 | 08:44 | 1206 |

NARRATIVE — Never swore at any one that day. This Report is A JOKE.

The undersigned officer responded to 76 Summer St for a report of an employee who was just assaulted. According to dispatch the suspect was a white male wearing a red jacket, hood, ball-cap and blue jeans. LIE The suspect left the scene walking towards lower Main St by the area of Store-24. As this officer responded to the scene I happened to be driving by Dunkin Donuts on Main St when I observed Ray Whitney enter Dunkin Donuts wearing similar clothing. Unsure if Mr Whitney was the suspect I was looking for this officer went to 76 Summer St first so that I could speak to the victim.

Upon this officers arrival I spoke to Phil Larkin. Mr Larkin told this officer that he was just attacked by a man after he confronted him about his reason for being in the building. Mr Larkin works for Mr Xarras, the owner of the building. Mr Larkin informed this officer that he was approached by other tenants in the building, stating that a homeless man matching the suspects description kept entering the building to use the bathroom. When the suspect was unable to enter the bathroom and even when he did, he would urinate and defecate on the floor. (Never happent.) Wrong↑ Wrong↑

On this date Mr Larkin confronted the suspect as he entered the building. Mr Larkin said he asked the suspect what was he doing in the building. He said that the suspect told him he was there to see a Doctor Stone. At that time Mr Larkin checked the list of tenants in the building and learned that there was no Doctor Stone in the building. When Mr Larkin told the suspect there was no Stone in the building the suspect became argumentative. The suspect swore at Larkin and began to threaten to punch him and beat him. Mr Larkin admits at that time he told the suspect he was going to call the police. When he said this the suspect pulled back and then swung at Mr Larkin attempting to punch him in the face. Fortunately Mr Larkin was able to raise his arm and block the full force of the punch. After this assault & battery the suspect told the victim he will come into the building any time he wants to and there is nothing he can do about it. The suspect then left the building and walked down the street.

This officer brought the victim down to lower Main St in an attempt to locate Mr Whitney or any other suspect that matched this description. Unable to find the suspect Mr Larkin was brought back to 76 Summer St. A short while later this officer returned to Summer St and showed the victim a photo line-up with Raymond Whitney in it. Mr Whitney is located on the bottom left corner of the line-up. Without any direction or suggestions Mr Larkin pointed to Mr Whitney and said that he was the one who hit him. Mr Larkin is worried about his well

Reported by: BOURNE,KEITH C-[88] As of: 01/06/04 08:17

Signature: ______________________ Date: __________

FITCHBURG POLICE DEPARTMENT                CONTINUATION PAGE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Call# 006    Call Date    Source          Assigned   Arrived   Finish   Unit
04-000431    01/06/04      0440  -626      08:18      08:24     08:44    1206
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
being and that of the other tenants in the building. He said that the
suspect was quick to attack him and he is dangerous. Mr Larkin will
respond to court for a criminal complaint against the suspect.

    A complaint is being taken out against Raymond Whitney for assault
& battery. This officer has spoke to the A.D.A.'s office and it is
suggested that a warrant be applied for since the suspect is homeless
and he appears to be a threat.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Reported by: BOURNE,KEITH C-[88]              As of: 01/06/04 08:17

  Signature: _____           Date: _____

                              PAGE 3
=================================================================

| APPLICATION<br>FOR COMPLAINT | ☐ ADULT<br>☐ JUVENILE | NUMBER<br>04-431 | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|---|

| ☐ ARREST | ☐ HEARING | ☐ SUMMONS | ☒ WARRANT | COURT DIVISION |
|---|---|---|---|---|

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

Fitchburg District Court
100 Elm Street
Fitchburg, MA 01420

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 1-6-04 | 1-6-04 | 76 SUMMER ST |

NAME OF COMPLAINANT

KEITH C. BOURNE

ADDRESS AND ZIP CODE OF COMPLAINANT

20 ELM ST

FITCHBURG,MA 01420

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

RAYMOND WHITNEY

130 SUMMER ST    (HOMELESS)

LEOMINSTER,MA 01420

| NO. | OFFENSE | G.L. Ch. and Sec. |
|---|---|---|
| 1. | ASSAULT & battery | 265ss13A |
| 2. | | |
| 3. | | |
| 4. | | |

| COURT USE ONLY ⟶ | A hearing upon this complaint application will be held at the above court address on | DATE OF HEARING | TIME OF HEARING<br>AT | COURT USE ⟵ ONLY |
|---|---|---|---|---|

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM<br>Owner of property,<br>person assaulted, etc. | DESCRIPTION OF PROPERTY<br>Goods stolen, what<br>destroyed, etc. | VALUE OR PROPERTY<br>Over or under<br>$250. | TYPE OF CONTROLLED<br>SUBSTANCE OR WEAPON<br>Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | PHIL LARKIN | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | *Wrong all of it (A JOKE)* | |

OTHER REMARKS:

When confronted by Mr Larkin, an employee at 76 Summer St., about his reason for being on the property, the defendant became argumentative. When the defendant was told he was not wanted on the property and the police were going to be called, the defendant punched Mr Larkin in the face. The defendant then stated he would come onto the property anytime no matter what. Whitney then left the scene prior to the police arriving. The defendant is homeless and he would not be able to be reached by a summons. SIGNATURE OF COMPLAINANT

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| 4-23-64 | | 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 | M | W | 6" | *Wrong* 220 | bro | bro |

| OCCUPATION | EMPLOYER/SCHOOL | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|
| none | na | | *Never in my life*<br>*185 to 190 LBS* |

DC-CR2 (3/88)

COMPLAINANT'S COPY

# CRIMINAL DOCKET

**DOCKET NO.** 0116CR002020

**ATTORNEY NAME** *CA Pusicelli - no fee*

**COURT DIVISION** Fitchburg

☐ INTERPRETER REQUIRED

**DATE and JUDGE** 10-11-01 Brennan

**DOCKET ENTRY** 12-21

☑ Attorney appointed (SJC R. 3:10)
☐ Atty denied and Deft Advised per 211D §2A
☐ Waiver of counsel found after colloquy f q

**NAME, ADDRESS, and ZIP CODE OF DEFENDANT**
WHITNEY, RAYMOND P
HOMELESS
FITCHBURG, MA 01420

*Address
none*

*51 May Ave Leominster Mass*

10-11-01 Brennan

**Terms of release set**
☐ PR ☑ Bail $2500 cash
☐ Held (276 §58A) $5000 w/s
☐ See back for special conditions

**DEFT. DOB AND SEX**
04/30/1964    M

**Arraigned and advised:**
☐ Potential of bail revocation (276 §58)
☐ Right to bail review (276 §58)
☐ Right to drug exam (111E §10)

**DATE OF OFFENSE(S)** 10/11/2001

**PLACE OF OFFENSE(S)** FITCHBURG

**Advised of right to jury trial:**
☐ Does not waive
☐ Waiver of jury trial found after colloquy

**COMPLAINANT** MURRAY III, JOHN J.

**POLICE DEPARTMENT (if applicable)** FITCHBURG PD

**DATE OF COMPLAINT** 10/11/2001

**RETURN** ARREST

☐ Advised of trial rights as pro se (Supp. R. 4)
☐ Advised of right of appeal to Appeals Ct (R. 28)

**COUNT/OFFENSE**
1. 266/16/A B&E NIGHTTIME FOR FELONY c266 §16

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|
| | | | | ☐ WAIVED |

**DISPOSITION DATE and JUDGE**
1-6-04 *Mandell*

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found without guilty finding until:
☐ Probation    ☐ Pretrial Probation (276 §87) - until:
☑ To be dismissed upon payment of court costs/restitution
☑ Dismissed upon: ☑ Request of Comm.    ☐ Request of Victim

*with prejudice over objection of defendant*

**DISPOSITION METHOD**
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the Above

**FINDING**
☐ Not Guilty
☐ Guilty
☐ Not Responsible
☐ Responsible
☐ No Probable Cause
☐ Probable Cause

☑ ☐ Request of Deft    ☐ Failure to prosecute    ☐ Other:
☐ Filed with Deft's consent    ☐ Nolle Prosequi    ☐ Decriminalized (277 §70C)

**FINAL DISPOSITION**
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged

**JUDGE**

**DATE**

**COUNT/OFFENSE**

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|
| | | | | ☐ WAIVED |

**DISPOSITION DATE and JUDGE**

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found without guilty finding until:
☐ Probation    ☐ Pretrial Probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/restitution
☐ Dismissed upon: ☐ Request of Comm.    ☐ Request of Victim

**DISPOSITION METHOD**
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the Above

**FINDING**
☐ Not Guilty
☐ Guilty
☐ Not Responsible
☐ Responsible
☐ No Probable Cause
☐ Probable Cause

☐ Request of Deft    ☐ Failure to prosecute    ☐ Other:
☐ Filed with Deft's consent    ☐ Nolle Prosequi    ☐ Decriminalized (277 §70C)

**FINAL DISPOSITION**
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged

**JUDGE**

**DATE**

**COUNT/OFFENSE**

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|
| | | | | ☐ WAIVED |

**DISPOSITION DATE and JUDGE**

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found without guilty finding until:
☐ Probation    ☐ Pretrial Probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/restitution
☐ Dismissed upon: ☐ Request of Comm.    ☐ Request of Victim

**DISPOSITION METHOD**
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the Above

**FINDING**
☐ Not Guilty
☐ Guilty
☐ Not Responsible
☐ Responsible
☐ No Probable Cause
☐ Probable Cause

☐ Request of Deft    ☐ Failure to prosecute    ☐ Other:
☐ Filed with Deft's consent    ☐ Nolle Prosequi    ☐ Decriminalized (277 §70C)

**FINAL DISPOSITION**
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged

**JUDGE**

**DATE**

**COUNT/OFFENSE**

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|
| | | | | ☐ WAIVED |

**DISPOSITION DATE and JUDGE**

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found without guilty finding until:
☐ Probation    ☐ Pretrial Probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/restitution
☐ Dismissed upon: ☐ Request of Comm.    ☐ Request of Victim

**DISPOSITION METHOD**
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the Above

**FINDING**
☐ Not Guilty
☐ Guilty
☐ Not Responsible
☐ Responsible
☐ No Probable Cause
☐ Probable Cause

☐ Request of Deft    ☐ Failure to prosecute    ☐ Other:
☐ Filed with Deft's consent    ☐ Nolle Prosequi    ☐ Decriminalized (277 §70C)

**FINAL DISPOSITION**
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged

**JUDGE**

**DATE**

☐ ADDITIONAL COUNTS ATTACHED

**COURT ADDRESS**
Fitchburg District Court
100 Elm Street
Fitchburg, MA 01420

**A TRUE COPY ATTEST:** X

**CLERK-MAGISTRATE/ASST. CLERK**

**ON (DATE)**

CRIMINAL DOCKET

| CRIMINAL DOCKET | DOCKET NO. 0205CR001848 | ATTORNEY NAME | |
|---|---|---|---|

COURT DIVISION: Fitchburg
INTERPRETER REQUIRED

DATE and JUDGE: 8-15-02 Reynolds
DOCKET ENTRY 9-20

☑ Attorney appointed (SJC R. 3:10)
☐ Atty denied and Deft Advised per 211D §2A
☐ Waiver of counsel found after colloquy 8/07

NAME, ADDRESS and ZIP CODE OF DEFENDANT
WHITNEY, RAYMOND
HOMELESS
FITCHBURG, MA 01420

*Wrong address*

30

8-15-02 Reynolds
10-5-02 P.R.
Mardeel, 9-23-03 HELD
W/O BAIL

Terms of release set:
☐ PR ☑ Bail: 5.00 cash
☐ Held (276 §58A) 50,000 w/s
☐ See back for special conditions

Arraigned and advised:
☐ Potential of bail revocation (276 §58)
☑ Right to bail review (276 §58)
☐ Right to drug exam (111E §10)

DEFT. DOB AND SEX
04/23/1964   M

DATE OF OFFENSE(S)
08/15/2002

PLACE OF OFFENSE(S)
FITCHBURG

Advised of right to jury trial:
☐ Does not waive
☐ Waiver of jury trial found after colloquy

COMPLAINANT
MURRAY III, JOHN J.

POLICE DEPARTMENT (if applicable)
FITCHBURG PD

DATE OF COMPLAINT
08/15/2002

RETURN DATE

ARREST

Advised of trial rights as pro se (Supp. R. 4)
Advised of right of appeal to Appeals Ct (R. 28)

| COUNT/OFFENSE 1. 266/120 TRESPASS c266 §120 | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐ WAIVED |
|---|---|---|---|---|---|

DISPOSITION DATE and JUDGE: 1-6-04  Mardeel

SENTENCE OR OTHER DISPOSITION
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation          ☐ Pretrial Probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/restitution
☑ Dismissed upon:   ☐ Request of Comm.   ☐ Request of Victim
   ☐ Request of Deft   ☐ Failure to prosecute   ☐ Other:
   ☐ Filed with Deft's consent   ☐ Nolle Prosequi   ☐ Decriminalized (277 §70C)

*with prejudice over objection of defendant*

DISPOSITION METHOD
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the Above

FINDINGS
☐ Not Guilty
☐ Guilty
☐ Not Responsible
☐ No Probable Cause
☐ Probable Cause

FINAL DISPOSITION
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged

JUDGE          DATE

| COUNT/OFFENSE 2. 266/16A  B&E FOR MISDEMEANOR c266 §16A | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐ WAIVED |
|---|---|---|---|---|---|

DISPOSITION DATE and JUDGE: 1-6-04  Mardeel

SENTENCE OR OTHER DISPOSITION
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation          ☐ Pretrial Probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/restitution
☑ Dismissed upon:   ☑ Request of Comm.   ☐ Request of Victim
   ☐ Request of Deft   ☐ Failure to prosecute   ☐ Other:
   ☐ Filed with Deft's consent   ☐ Nolle Prosequi   ☐ Decriminalized (277 §70C)

*with prejudice over objection of defendant*

DISPOSITION METHOD
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the Above

FINDING
☐ Not Guilty
☐ Guilty
☐ Not Responsible
☐ No Probable Cause
☐ Probable Cause

FINAL DISPOSITION
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged

JUDGE          DATE

| COUNT/OFFENSE 3. 272/53/F  DISORDERLY CONDUCT c272 §53 | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐ WAIVED |
|---|---|---|---|---|---|

DISPOSITION DATE and JUDGE: 1-6-04  Mardeel

SENTENCE OR OTHER DISPOSITION
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation          ☐ Pretrial Probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/restitution
☑ Dismissed upon:   ☑ Request of Comm.   ☐ Request of Victim
   ☐ Request of Deft   ☐ Failure to prosecute   ☐ Other:
   ☐ Filed with Deft's consent   ☐ Nolle Prosequi   ☐ Decriminalized (277 §70C)

*with prejudice over objection of defendant*

DISPOSITION METHOD
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the Above

FINDING
☐ Not Guilty
☐ Guilty
☐ Not Responsible
☐ No Probable Cause
☐ Probable Cause

FINAL DISPOSITION
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged

JUDGE          DATE

| COUNT/OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐ WAIVED |
|---|---|---|---|---|---|

DISPOSITION DATE and JUDGE

SENTENCE OR OTHER DISPOSITION
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation          ☐ Pretrial Probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/restitution
☐ Dismissed upon:   ☐ Request of Comm.   ☐ Request of Victim
   ☐ Request of Deft   ☐ Failure to prosecute   ☐ Other:
   ☐ Filed with Deft's consent   ☐ Nolle Prosequi   ☐ Decriminalized (277 §70C)

DISPOSITION METHOD
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the Above

FINDING
☐ Not Guilty
☐ Guilty
☐ Not Responsible
☐ No Probable Cause
☐ Probable Cause

FINAL DISPOSITION
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged

JUDGE          DATE

☐ ADDITIONAL COUNTS ATTACHED

COURT ADDRESS
Fitchburg District Court
100 Elm Street
Fitchburg, MA 01420

A TRUE COPY ATTEST: X     CLERK-MAGISTRATE/ASST. CLERK     ON (DATE)

| CRIMINAL DOCKET | DOCKET NO. 0116CR002019 | ATTORNEY NAME *C/a Cormier* | | |

*WID 02  3-3-02*
*3/50*

**COURT DIVISION** Fitchburg
**INTERPRETER REQUIRED**

| DATE and JUDGE | DOCKET ENTRY |
|---|---|
| 10-10-01 Mandeel | ☒ Attorney appointed (SJC R. 3:10) |
| | ☐ Atty denied and Deft Advised per 211D §2A |
| | ☐ Waiver of counsel found after colloquy |

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT**
WHITNEY, RAYMOND P
HOMELESS
FITCHBURG, MA 01420

*Wrong Address*

Terms of release set: *10-16-01*
☐ PR ☒ Bail: *$50 cash / $520*
☐ Held (276 §58A)
☐ See back for special conditions

| 10-10-01 Mandeel | |

**DEFT. DOB and SEX** 04/30/1964 M

Arraigned and advised:
☒ Potential of bail revocation (276 §58)
☐ Right to bail review (276 §58)
☐ Right to drug exam (111E §10)

**DATE OF OFFENSE(S)** 10/10/2001
**PLACE OF OFFENSE(S)** FITCHBURG

**COMPLAINANT** MURRAY, JOHN J III
**POLICE DEPARTMENT** FITCHBURG PD

Advised of right to jury trial:
☐ Does not waive
☐ Waiver of jury trial found after colloquy

**DATE OF COMPLAINT** 10/10/2001
**RETURN DATE AND TIME** ARREST

Advised of trial rights as pro se (Supp. R. 4)
Advised of right of appeal to Appeals Ct (R. 28)

**COUNT/OFFENSE**
1. 266/18/B B&E DAYTIME FOR FELONY c266 §18

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐WAIVED |

DISPOSITION DATE and JUDGE *1-6-04 Mandeel*

SENTENCE OR OTHER DISPOSITION
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation ☐ Pretrial Probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/restitution
☒ Dismissed upon: ☒ Request of Comm. ☐ Request of Victim
☐ Request of Deft ☐ Failure to prosecute ☐ Other:
☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

*With prejudice over objection of defendant*

DISPOSITION METHOD
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial ☐ Jury Trial ☐ None of the Above

FINDING
☐ Not Guilty ☐ Guilty ☐ Not Responsible ☐ Responsible ☐ No Probable Cause ☐ Probable Cause

FINAL DISPOSITION
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged
JUDGE DATE

**COUNT/OFFENSE**
2. 268/32B RESIST ARREST c268 §32B

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐WAIVED |

DISPOSITION DATE and JUDGE *1-6-04 Mandeel*

SENTENCE OR OTHER DISPOSITION
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation ☐ Pretrial Probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/restitution
☒ Dismissed upon: ☒ Request of Comm. ☐ Request of Victim
☐ Request of Deft ☐ Failure to prosecute ☐ Other:
☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

*With prejudice over objection of defendant*

DISPOSITION METHOD
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial ☐ Jury Trial ☐ None of the Above

FINDING
☐ Not Guilty ☐ Guilty ☐ Not Responsible ☐ Responsible ☐ No Probable Cause ☐ Probable Cause

FINAL DISPOSITION
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged
JUDGE DATE

**COUNT/OFFENSE**
3. 266/127/C DESTRUCTION OF PROPERTY -$250, MALICIO

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐WAIVED |

DISPOSITION DATE and JUDGE *1-6-04 Mandeel*

SENTENCE OR OTHER DISPOSITION
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation ☐ Pretrial Probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/restitution
☒ Dismissed upon: ☒ Request of Comm. ☐ Request of Victim
☐ Request of Deft ☐ Failure to prosecute ☐ Other:
☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

*With prejudice over objection of defendant*

DISPOSITION METHOD
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial ☐ Jury Trial ☐ None of the Above

FINDING
☐ Not Guilty ☐ Guilty ☐ Not Responsible ☐ Responsible ☐ No Probable Cause ☐ Probable Cause

FINAL DISPOSITION
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged
JUDGE DATE

**COUNT/OFFENSE**
4. 266/120 TRESPASS c266 §120

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐WAIVED |

DISPOSITION DATE and JUDGE *1-6-04 Mandeel*

SENTENCE OR OTHER DISPOSITION
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation ☐ Pretrial Probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/restitution
☒ Dismissed upon: ☒ Request of Comm. ☐ Request of Victim
☐ Request of Deft ☐ Failure to prosecute ☐ Other:
☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

*With prejudice over objection of defendant*

DISPOSITION METHOD
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial ☐ Jury Trial ☐ None of the Above

FINDING
☐ Not Guilty ☐ Guilty ☐ Not Responsible ☐ Responsible ☐ No Probable Cause ☐ Probable Cause

FINAL DISPOSITION
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged
JUDGE DATE

☐ ADDITIONAL COUNTS ATTACHED

**COURT ADDRESS**
Fitchburg District Court
100 Elm Street
Fitchburg, MA 01420

A TRUE COPY ATTEST: X
CLERK-MAGISTRATE/ASST. CLERK
ON (DATE)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

**04 - 40094 -NMG**

If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.)

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

### *Instructions – Read Carefully*

(1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under the penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your personal account exceeds $ _NO MONIES_ , you must pay the filing fee as required by the rules of the district court.

*I have*

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

JS-44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Worcester
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Worcester
(IN U.S. PLAINTIFF CASES ONLY)

NOTE    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)  zip 01453
Pauline Cormier P.O. Box 1156 Leominster
Mass 978-537-1888 Paul Carragin 101-Tre-
mont St. Boston Mass 1-617-338-9555

ATTORNEYS (IF KNOWN)  I have no Attorneys
I am in Jail Ropper Ok.

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 U.S. Government
Plaintiff

☒ 2 U.S. Government
Defendant

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 4 Diversity
(Indicate Citizenship of Parties
in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only)                                AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury -- Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury -- Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS -- Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)  My Civil rights were
Broken because they never showed my Proof IN my hearin which was ad Detention hearin
Because that lawyer of mine that day was very very Lazy she did not get my Paper just
for that day so I lost my hearin(s)

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23   Paul Carragine BXE Tiespassing

DEMAND $ 1,350.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ YES   ☐ NO

## VIII. RELATED CASE(S) (See instructions):
IF ANY   Detention/hearin   JUDGE Thomas F. Sullivan A & B   DOCKET NUMBER   000431 Case Number

DATE 1-12-04 Detention hearin
3-29-04 BXE tiespassing Paul Carragin

SIGNATURE OF ATTORNEY OF RECORD
Pauline Cormier
Judas Mandell for the
BXE tiespass. in jail Fitchburg

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) *B &C    FILED       / DeTeNTioN*
   *HeaRiN   Raymond in tiCY*

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

   ___    I.     160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___    II.    195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,       *Also complete AO 120 or AO 121
                 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

   ___    III.   110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                 380, 385, 450, 891.

   ___    IV.    220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                 690, 810, 861-865, 870, 871, 875, 900.

   ___    V.     150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)).  If more than one prior related case has been filed in this
   district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                              YES ☐          NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28
   USC §2403)

                                                              YES ☑          NO ☐

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                              YES ☐          NO ☑

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                              YES ☑          NO ☐

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of
   Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

                                                              YES ☐          NO ☑

   A.    If yes, in which division do all of the non-governmental parties reside?

         Eastern Division ☑          Central Division ☑          Western Division ☐

   B.    If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental
         agencies,  residing in Massachusetts reside?

         Eastern Division ☑          Central Division ☑          Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes,
   submit a separate sheet identifying the motions)

                                                              YES ☐          NO ☑

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME _____

ADDRESS _____

TELEPHONE NO. _____