Dear U.S. Dist Court - CLERK Office
Ray Whitney

I would Like to know what is taking so long about bring me into Court please if you can tell me please becuse the Court is closed most of the time. Could you tell me what i'd d wrong on the paper work please or if i did anything wrong on the paper work please. I just want to know if you will bring me in to Court becuse i did no crime what so ever to land in jail here at the Worcester house of correction. Rember please i have had the same Job for 16½ years i am a Gm. I don't wont to lose my Job please. I don't Want to Be in here all summer the reason that they are keeping me in jail is becuse it is elect year and that is the only reason why i am still in this jail. I would like to have a change to expiane what happend to me in Court on the morning of 1-12-04 please Sherry becuse you would not like if this happend to a family member of yours. You would drop everything and you would do what you could right away i know you would. Becuse the jail is not letting me bail out what so ever everytime i go to Court to bail out they wont let me did it.
     Look in back

These are the people I would like to go to Court at the Fed Donohue BLDG the names are the lawyers are Pauline Cormier Paul Carrigan out of Boston 101 Tremont St. Jude Sullivan out of Worcester Court Judge Mandell because he knows I was in Court that morning on 1-6-04 because seen him as a judge that morning. The 2 police officers Keith Bourne that lie about the report that he wrote about lie to the Court on 1-12-04. His report was written for 1-6-04. Officer Siomes who arrested me on 1-10-04 4 nights later on a warrant on Summer St in fitchburg the police officer said she did not know what the warrant was about yea sure and I have 1000 houses to sherry the police lie all the time. And I would like the 2 Lawyers that seen me in Court that morning Martin Maynar Mike Taylor they seen me that day with my lawyer Paul Carrigan so that should give you a lot of proof that I did not do this crime that day on 1-6-04 on the way to Fitchburg Court. How many people do you know that would do a assault & Battery on the way to Court no one what so ever. And I mean no one what so ever any Lady knows that.