UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAY WHITNEY

        Petitioner,

                CIVIL ACTION

v.

                NO. 04-40094-NMG

JOHN FLYNN,

        Respondent.

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES

Having considered the petitioner's Application to Proceed Without Prepayment of Fees and Affidavit under 28 U.S.C. § 1915;

☒      In accordance with Fed. R. Civ. P. 5(e), the clerk filed this petition on _____ and assigned it Civil Action No. __04-40094__

**ORDERS**

Based upon the foregoing, it is ORDERED:

1. May the application to proceed without prepayment of fees be GRANTED?

   Yes ☒    No ☐

2. Is it FURTHER ORDERED, in accordance with 28 U.S.C. § 1915(b)(2), that the clerk send a copy of this Order to the institution having custody of plaintiff?

   Yes ☐    No ☒

3. Is it FURTHER ORDERED that the clerk process this petition and forward it to the assigned judge for review pursuant to the Rules governing Habeas Corpus Actions?

   Yes ☒    No ☐

__6/25/04__
DATE

__/s/ N.M. Gorton__
UNITED STATES DISTRICT JUDGE