UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>RAY WHITNEY</u>
           Petitioner,

v.

           CIVIL ACTION

<u>JOHN FLYNN</u>,
           NO. 04-40094-NMG
           Respondent.

<u>O R D E R</u>

Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court shall serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to (1) John Nolan, Sheriff, Worcester County Jail and House of Correction, 5 Paul X. Tivnan Drive, West Boylston, MA 01583; and (2) Cathryn Neaves, Chief, Appellate Division, Attorney General for the Commonwealth of Massachusetts, One Ashburton Place, 18th Floor, Boston, MA 02108-1598.

It is further ordered that Respondent shall, within 10 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

This Court further requests Respondent, as part of the return, to file such documents which reflect on whether Petitioner has exhausted his available state remedies with respect to the matters raised by the Petition.

6/25/04
DATE

/s/ NMGorton
UNITED STATES DISTRICT JUDGE