UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAYMOND WHITNEY,
    Petitioner

v.                                                                   CIVIL ACTION
                                                                          NO. 04-40094-FDS

JOHN M. FLYNN,
    Respondent

## NOTICE OF APPEARANCE

    Please enter the appearance of the undersigned assistant attorney general as counsel for the respondent, John M. Flynn.

                                                      THOMAS F. RILEY
                                                       ATTORNEY GENERAL

                                                     /s/ Daniel I. Smulow
                                                   Daniel I. Smulow, BBO No. 641668
                                                   Assistant Attorney General
                                                   Criminal Bureau
                                                   One Ashburton Place
                                                   Boston, Massachusetts 02108
                                                   (617) 727-2200 ext. 2949

Dated: July 8, 2004

### Certificate of Service

    I, Daniel I. Smulow, hereby certify that on July 8, 2004, I served a true copy of this document by first class mail to: Raymond Whitney, 22687, Worcester House of Correction, 5 Paul X Tivnan Drive, West Boylston, MA, 01583, by first class mail, postage prepaid.

                                                   /s/ Daniel I. Smulow