UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAYMOND WHITNEY,
    Petitioner

v.                                                      CIVIL ACTION
                                                        NO. 04-40094-FDS

JOHN M. FLYNN,
    Respondent

### RESPONDENT'S MOTION TO DISMISS
### PETITION FOR WRIT OF HABEAS CORPUS

The respondent, John M. Flynn, hereby moves this Court to dismiss the Petition for Writ of Habeas Corpus filed by Raymond Whiteny ("petitioner"). As grounds, the respondent states the petitioner has not exhausted his state remedies, as evidenced by his appeal that is currently awaiting docketing in the Massachusetts Appeals Court, *see* 28 U.S.C. §§ 2254(b)(1)(A), 2254(c), and the petitioner does not allege that he is in custody in violation of the United States Constitution or laws or treaties of the United States. *See* 28 U.S.C. § 2254(a). The respondent relies upon the accompanying memorandum of law in support of his motion.

                                                        Respectfully submitted,

                                                        THOMAS F. REILLY
                                                        ATTORNEY GENERAL

                                                        /s/ Daniel I. Smulow
                                                        Daniel I. Smulow, BBO # 641668
                                                        Assistant Attorney General
                                                        Criminal Bureau
                                                        One Ashburton Place
                                                         Boston, Massachusetts 02108
                                                        (617) 727-2200, ext. 2949

Date: July 8, 2004

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served on Raymond Whitney, 22687, Worcester House of Correction, 5 Paul X Tivnan Drive, West Boylston, MA, 01583, by first class mail, postage prepaid, on July 8, 2004.

/s/ Daniel I. Smulow
Daniel I. Smulow, BBO # 641668
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2949