UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**RAYMOND WHITNEY,**
    Petitioner,

v.                                                          CIVIL ACTION
                                                            NO. 04-40094-FDS

**JOHN M. FLYNN,**
    Respondent

### RESPONDENT'S SUPPLEMENTAL APPENDIX
### TO MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS

The respondent files the following documents as his supplemental appendix to his Motion to Dismiss Petition for Writ of Habeas Corpus:

1. Docket Sheet, *Commonwealth v. Raymond Whitney*, No. 0216 CR 1508*

2. Notice of Appeal, *Commonwealth v. Raymond Whitney*, No. 0216 CR 1508

* In accordance with Local Rule 5.3(A), the respondent has redacted the date of birth from this document.

                                                Respectfully submitted,

                                                THOMAS F. REILLY
                                                ATTORNEY GENERAL

                                                _____
                                                Daniel I. Smulow, BBO 641668
                                                Assistant Attorney General
                                                Criminal Bureau
                                                One Ashburton Place
                                                Boston, Massachusetts 02108
                                                (617) 727-2200 ext. 2949

Dated: July 12, 2004

## CERTIFICATE OF SERVICE

I, Daniel I. Smulow, hereby certify that on July 12, 2004, I served a true copy of this document by first class mail to: Raymond Whitney, 22687, Worcester House of Correction, 5 Paul X Tivnan Drive, West Boylston, MA, 01583, by first class mail, postage prepaid.

*/s/ Daniel I. Smulow*

# CRIMINAL DOCKET

**DOCKET NO:** 0216CR001508
**ATTORNEY NAME:** CA Robinowitz / J Carrigo

| COURT DIVISION | INTERPRETER REQUIRED | DATE and JUDGE | DOCKET ENTRY 8-20 |
|---|---|---|---|
| Fitchburg | | 7-8-02 Lasapio | [X] Attorney appointed (SJC R 3:10) <br> [ ] Atty denied and Deft Advised per 211D §2 <br> [ ] Waiver of counsel found after colloquy 8-2 |

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT:**
WHITNEY, RAYMOND P
HOMELESS
FITCHBURG, MA 01420

7-8-02 Lasapio
10-4-02
released PR -
Mandell J -
no contact

**Terms of release set:**
[ ] PR  [X] Bail: 5,000/50,000
[ ] Held (276 §58A)
[ ] See back for special conditions

**Arraigned and advised:**
[ ] Potential of bail revocation (276 §58)
[ ] Right to bail review (276 §58)
[ ] Right to drug exam (111E §10)

| DEFT. DOB AND SEX | | |
|---|---|---|
| M | | |

| DATE OF OFFENSE(S) | PLACE OF OFFENSE(S) |
|---|---|
| 07/07/2002 | FITCHBURG |

| COMPLAINANT | POLICE DEPARTMENT |
|---|---|
| JACKSON, LEROY | FITCHBURG PD |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 07/08/2002 | ARREST |

**Advised of right to jury trial:**
[ ] Does not waive
[ ] Waiver of jury trial found after colloquy

Advised of trial rights as pro se (Supp. R. 4)
Advised of right of appeal to Appeals Ct (R. 28)

---

**COUNT/OFFENSE**
1. 266/120 TRESPASS c266 §120

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT [ ] WAIVED |
|---|---|---|---|---|

**DISPOSITION DATE and JUDGE:** 3-29-04  GP  Mandell

**SENTENCE OR OTHER DISPOSITION:**
30 days HIC

**DISPOSITION METHOD:**
[ ] Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
[ ] Bench Trial
[X] Jury Trial
[ ] None of the Above

**FINDING:**
[ ] Not Guilty
[X] Guilty
[ ] Not Responsible
[ ] Responsible
[ ] No Probable Cause
[ ] Probable Cause

---

**COUNT/OFFENSE**
2. 266/16A B&E FOR MISDEMEANOR c266 §16A

**DISPOSITION DATE and JUDGE:** 3-29-04  GP  Mandell

**SENTENCE OR OTHER DISPOSITION:**
6 months
credit 92 days

**DISPOSITION METHOD:**
[ ] Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
[ ] Bench Trial
[X] Jury Trial
[ ] None of the Above

**FINDING:**
[ ] Not Guilty
[X] Guilty
[ ] Not Responsible
[ ] Responsible
[ ] No Probable Cause
[ ] Probable Cause

---

**COURT ADDRESS:**
Fitchburg District Court
100 Elm Street
Fitchburg, MA 01420

A TRUE COPY ATTEST: X

SA0001

WORCESTER, SS

COMM. OF MASS.

COMMON.                                    FITCHBURG DIV.
    V.                                     DIST. COURT DEPT
RAYMOND WHITNEY

<u>NOTICE OF APPEAL
AND APPOINTMENT OF COUN.</u>

Now comes the Defendant in the above numbered matter and moves this Honorable Court docket his appeal. Furthermore, Defendant ask that counsel be permitted to withdraw and the CPCS be assigned to represent Defendant for further appellate review.

Respectfully Submitted
Raymond Whitney
by his Attorney
Paul M. Carrigan
101 Tremont St. #412
Boston, MA
(617) 338-9555
BBO 075780

3/29/04
Appt of
counsel
Allowed
[signature]

3-29-04
Filed in Court
4:45 pm

SA0002