Dear Judge Anthony Raymond ———   04CC94FDS

I was wondering if you are gon to give me ——— on the 3 Police Officer that beat me up on Summer st in Lunenburg they were wrong for what they did to me on 7/18/2004. My Grandfather, i do not know if he is dead or alive he can not take care of his self he is a retire superior court Judge out of Boston he is very old he just got over a stock he will be 90 on 7/3/04. No won is with him right now so if some one could come and see me about this please i would like that very munch please so i know that he is alive or could some one go to Superior Court on 8/6/2004 i go for Bail reduction that day. I am going nuts about my grandfather some one should care he was a Judge you know please some help me or Come to the Worcester House of Corr please i can not eat what so ever or drink Please come and see me. Please so i know my grand father is alive please. I still want to press charges on the 3 police officers that beat me up. I have a big Rip in the back of my polo shirt.

FILED
CLERKS OFFICE
2004 AUG -2 P 12:27
U.S. DISTRICT COURT
DISTRICT OF MASS.