Dear U.S. Fed Atty (Raymond Whitney)

I would like to know why you have not wrote me back — i am at the worcester House of Corris for a crime i did not do — what the Fitchburg Police officers did to me is wrong, they after own up to what they did, they were very very wrong i am in this jail for no reason what so ever, I am going to Fitchburg Dist court 6-17-04 i would like if you can go to Fitchburg Dist Court on that day — so you can send some one to take info on me about the Fitchburg Police officers. I want to take Assault and Battery Charges on them ASAP please any Fed Atty to come and see me here at — the Jail or at the Fitchburg Dist Court Please.

Could Please write back to me please i am asking you — Please because what they did to me was wrong and the — Police after know what they did is wrong and i want to — bring them to Worcester U.S. Fed Court on the Charges that i have wrote about them. If you can give me the paper — work at one shot please do it sir.