UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RAYMOND WHITNEY,<br>      Petitioner,<br><br>      v.<br><br>JOHN M. FLYNN,<br>      Respondent. | )<br>)<br>)<br>)<br>)  Civil Action No.<br>)  04-40094-FDS<br>)<br>)<br>) |

**ORDER**

**SAYLOR, J.**

On June 7, 2004, Raymond Whitney filed a *pro se* petition under 28 U.S.C. § 2254 for a writ of habeas corpus on the grounds that he was confined in violation of federal law at the Worcester House of Correction in West Boylston, Massachusetts. Specifically, Whitney raises issues related to assistance of counsel and application of jail credits. On July 8, 2004, respondent Flynn filed a motion to dismiss the petition, arguing that Whitney failed first to exhaust his state remedies and, moreover, that none of Whitney's allegations states a cognizable federal claim.

Subsequently, on August 2 and August 14, 2004, Whitney filed letters with the Court seeking to institute criminal charges against certain unnamed Fitchburg police officers in connection with an incident that apparently occurred after Whitney filed his habeas petition.

The relief Whitney seeks is not available in connection with a federal habeas proceeding. Accordingly, Whitney's requests to institute criminal charges are DENIED. Furthermore, according to Whitney's petition, he has appealed his conviction in the Massachusetts courts, and

that appeal is currently pending.  Accordingly, Whitney has not exhausted his state remedies, as required by 28 U.S.C. § 2254(b)(1)(A).  The petition seeking habeas relief is therefore DISMISSED.

**So Ordered.**

                                            /s/ F. Dennis Saylor  
                                            F. Dennis Saylor  
                                            United States District Judge

Dated: September 1, 2004