Dear Fed Clerk    Ray Whitney    J Block Lock Down
                 Worcester House    241    24-7 going nut's

Write Back if i am not at J Block then check any were in the jail.

I am at the house of Corrs i am doing a D-Board They would not let me take a urine test, said Sgt Temple becuse i came back to late in the chow hall so sgt Temple said go in pack up. I said why he said just go in pack up now, i did not know what he met i did not understand hem why he was doing this to me. I have problem with hearing on both sides i am lock down 24-7 all the time we eat in are cells, no heat most of the time on the frist floor i do not know what is going on in this jail i have 4 mos. to do for a crime that i did not do for my 4 mos. also to so it is bad a neft that i am in this J Block for some thing i did not do i am asking if the Courts could send me a lawyer please about tring to get out of J Block. I want to take compleant on Sgt Temple and John J. MC. Kiernar the 3rd. I have 10 days to do in this J Block after you do your 10 days you after stay about 10 to 30 more days for G.P. that is wrong to do to the people that are in J Block after my 10 days i should be out of this building right away you know that is very very wrong. When i was told about my urine test the inmate Eric said ray you after to go the chow hall that is the person that told me about my urine test becuse the person that said it over the John MC. Kiernan 3rd did not talk up so i did not hear hem what so ever becuse thir was to many people around meat the time. I have a job at Novacor Inc Leominster mass RT 117. I have benn thir for 16 years and i am G.M. thir. Please help me — Please.!!! thank you.