Please write back

Dear U.S District Fed Court's (Worcester)

My name is Raymond Whitney, i am at the house of Corrections they have me in J Block @ WCSA at Cain they put in for 1-12-05 to 1/20/05 and now becuse there's no room in J Block they put me in P.C. becuse i did not get along with A C.o officer so he put me in A P.C. Cell becuse i was asking them a lot of the time when i was going to go to a new building in the Jail becuse when you are done your d-Board then you leave J Block my S.S. worker Sean Cronin will not let me singe a paper to go back as P.C. I have the right to singe to go back to PP and go back to a diffent part of this building in this jail. The only reasons why i am in J Block is becuse sgt Temple put me in J Block becuse the Worceste Corrections Dept said that when i went to Court on 1/12-05 which was at Fitchburg Dist Court the sgt Temple asked me

Look - in back please.

Please Write back

if i did urined at Fitchburg i said yes but when i went to the worcester house that's when i was back at the annex building and the call over the intercom i put by cup back in my footlocker went back to the chow hall and then Sgt Temple said were are you going i am go to take a urine test then the Sgt Temple said no you can't go back in here you were in court all day so i had to back up to go to J building were i have been since this is 100% wrong i would like please be taken out of J Block and go to a different part of the jail please i have that right to do that. please write back to me please Because the s.s. worker has no right to do this to me they can't keep you against your will once your d-Board is done you should be moved right away to a different part of the jail.

ON 1-12-05 i left in the morning came back about 4:45 at the Annex.

Look - in back please